UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,<br><br>　　　　　Defendant. | Case No. 22-cv-02315-JST   (LJC)<br><br>**ORDER FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No. 40 |

　　Having reviewed the parties' Joint Supplemental Discovery Letter, Dkt. No. 40, and the accompanying declaration by Gregory L. Dillion, Plaintiff AXIS Insurance Company is hereby ordered to lodge with the undersigned a copy of the January 27, 2022 letter that Kristin V. Gallagher sent to Mr. Dillion within three days of this order.

　　**IT IS SO ORDERED.**

Dated: 2/6/2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge